# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Vincent McKinney,

               Plaintiff,

      v.

State of Minnesota; and County of Hennepin,
a Minnesota Municipal Corporation,
Hennepin County Sheriff's Department, a
Minnesota Municipal Corporation; and
Deputy Fleck an Officer of the Hennepin
County Sheriff's Department, in his official
capacity and in his individual capacity; and
City of Minneapolis, a Minnesota Municipal
Corporation, and Minneapolis Police
Department, a Minnesota Municipal
Corporation; and Lieutenant Dietzman, an
officer of the Minneapolis Police Department,
in his official capacity and in his individual
capacity; and Detective Poidinger, an Officer
of the Minneapolis Police Department, in his
official capacity and in his individual capacity;
and Detective Lunde, an Officer of the
Minneapolis Police Department, in his official
capacity and in his individual capacity; and
Detective Bogenreif, an Officer of the
Minneapolis Police Department, in his official
capacity and in his individual capacity; and
Allstate Insurance Company, a Minnesota
Corporation, and Paul Nelson, an insurance
agent of Allstate Insurance Company, in his
official capacity and in his individual capacity,

               Defendants.

**ORDER**
Civil No. 08-3769 ADM/JSM

---

On November 24, 2008, the undersigned United States District Judge received Plaintiff

Vincent McKinney's ("McKinney") Notice of Opposition and Opposition to U.S. District Court

"Memorandum and Order" and Opposition to Defendant's Motion for Summary Judgment

Pursuant to Federal Civil Procedure Rule "15(d)" and for Judgment as a "Matter of Law" in

Favor of Plaintiff Pursuant to Federal Civil Procedure Rule "56(c)" [Docket No. 39].  By Order

of November 3, 2008 [Docket No. 36], the Court dismissed all Defendants except Allstate

Insurance Co. and Paul Nelson.  November 3, 2008 Mem. and Order.  McKinney has submitted

supplemental briefing and requests that the Court grant him judgment as a matter of law against

all of the Defendants in the caption, including the previously dismissed Defendants, for alleged

violations of various Constitutional rights and state law causes of action.

Federal Rule of Civil Procedure 15(d) allows a court to "permit a party to serve a

supplemental pleading setting out any transaction, occurrence, or event that happened after the

date of the pleading to be supplemented."  The Court has reviewed McKinney's briefing, and he

has failed to provide any information about a transaction, occurrence, or event that happened

after either his August 25, 2008 Motion for Summary Judgment [Docket No. 15] or the Court's

November 3, 2008 Order.  He has merely restated arguments from his earlier pleadings

previously rejected by the Court.  To the extent that McKinney asks the Court to review and

overturn its prior Order, that request is denied.

Based upon the foregoing, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff Vincent McKinney's Notice of Opposition and Opposition to U.S. District Court "Memorandum and Order" and Opposition to Defendant's Motion for Summary Judgment Pursuant to Federal Civil Procedure Rule "15(d)" and for Judgment as a "Matter of Law" in Favor of Plaintiff Pursuant to Federal Civil Procedure Rule "56(c)" [Docket No. 39] is **DENIED**.

BY THE COURT:


     s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  November 26, 2008.